No. 67421.—American Pecco Corp. *v.* United States, protest 61/6849 (Tampa).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of form supports similar in all material respects to those the subject of *Universal Builders Supply Co., Inc.* v. *United States* (48 Cust. Ct. 99, C.D. 2319), the claim of the plaintiff was sustained.

No. 67422.—Derby & Co. (Metals & Minerals), Inc. *v.* United States, protest 60/25364(B) (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of aluminum (nonferrous) scrap, fit only to be remanufactured, the claim of the plaintiff was sustained.

No. 67423.—Mitsui & Co., Ltd. *v.* United States, protest 61/12973 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of ladies' blouses, not composed of any part "tucking," not knit or crocheted, the claim of the plaintiff was sustained.